COURT COPIES

# /

| | |
|---|---|
| Name | JEAN MARC VAN DEN NHEUVEL PRO-SE-STROKE ABUSED JUDICIALLY SURVIVOR |
| Street Address | 3045 SACRAMENTO STREET JUDICIALLY FORCE PLACED HOMELESS /TRANSIENT |
| City and County | PLACERVILLE ELDORADO COUNTY ,JUSTIFIED CIVIL RIGHTS |
| State and Zip Code | CALIFORNIA 95667 |
| Telephone Number | 916-595-8971 |

**FILED**

**DEC 21 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

---

JEAN MARC VAN DEN HEUVEL PRO-SE-STROKE

SURVIVOR: 08/10/2014  JUDICIAL ABUSED, 2014

THROUGH 2022 AT FORCEPLACED PREJUDGED

*(Write the full name of each plaintiff who is filing this complaint.  If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Deputy gate keeper Whiterton : Seagant Burke Johnson

The reaccusations of case P17CRF0193 and the statements addressing "you shouldnt use firearms by reklesness "

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

(PS)

Case No. 2:22-CV-2280-TLN-DB
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
                *(check one)*

> ### NOTICE
>
> Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
>
> Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.
>
> In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jean Marc Van den Heuvel  Pro-Se-Stroke Survivor |
| Street Address | 3045 Sacramento Street |
| City and County | Placerville ElDorado County |
| State and Zip Code | California 95667 |
| Telephone Number | 916-595-8971 |
| E-mail Address | jeanmarc57@juno.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | gate Deputy baliff Witherton : Seargant  Burke Johnson |
| Job or Title (if known) | Librarian Law Office Relative Legal Work Space |

2

|  |  |
|---|---|
| Street Address | 495 Main Street Courthouse |
| City and County | Placerville   ElDorado County |
| State and Zip Code | 95667 |
| Telephone Number | 530 |
| E-mail Address (if known) | N.A. |

☒ Individual capacity          ☐ Official capacity

Defendant No. 2

|  |  |
|---|---|
| Name | Burke Johnson |
| Job or Title (if known) | Seargant public behaviors supervisions and authorities |
| Street Address | 300 Forni Road |
| City and County | Placerville Eldorado County |
| State and Zip Code | CA. 95667 |
| Telephone Number | 530-573-3300 |
| E-mail Address (if known) | |

☐ Individual capacity          ☒ Official capacity

Defendant No. 3

|  |  |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

☐ Individual capacity          ☐ Official capacity

Defendant No. 4

|  |  |
|---|---|
| Name | |
| Job or Title | |

3

|                        |                                         |
|------------------------|-----------------------------------------|
| (if known)             |                                         |
| Street Address         | _____ |
| City and County        | _____ |
| State and Zip Code     | _____ |
| Telephone Number       | _____ |
| E-mail Address         | _____ |
| (if known)             |                                         |

☐    Individual capacity          ☐    Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

4

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

The intently confirmed reaccused firearms guilt found by the court hearing July 25,2017 leading to such difficult high blood preasures at #65 years old dismissed on November 2022 by Mark a.ralphs after multiple attempts to file the denied papoerwork processed absent an attorney.By the " conveniences of racist judge Warren C."NAZI" Strancener courts at the accusations be made by

B.   What date and approximate time did the events giving rise to your claim(s) occur?

clever Robert C.Bowman acting for his client at the unlawful detainers at Georgetown CA.95634 rejections by persecutions and predjudices of an African american Interacial persons in an extremely high seperated life living skills of standards of "hillbillies" acting inhumane,towards a handicapped interacial ,unknown to this areas african Warrior ,via Navy SEAL standards of life "ethos" high predjudicial "Hang Town U.S.A. "THE ONLY EASY DAY WAS YESTERDAY"

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Court Clerks Jenifer,

of the family facilitator also removing the accessability to address the personal cases at the United States Court by bannings of the uses of the now "justified off limits to a conference room for persons of the public to coordially share.
The bannings came from an abundance of projections by the publ;ic library case No.2: 21-cv-2176-TLN-CKD-PS The rampid Abuses keep growing by justified implications over human created context of "accusations" made by large eggotistical personells placed at public services by proper designations of unbiast predjudicial judgements that do not extend into "traditions" of Hang Town U.S.A.;

5

_____

_____

_____

_____

_____

_____

_____

_____

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The incapacity to proceed to conclude the already injured occurances of unethical Eldorado County

Massacres at prejudged "Zebra conditions of a child arriving to this country in 1965 as an orphan

that only spoke French and native Swahili,and recieved the blunts of society at East Los Angeles,and endured similar roberies as todays exposures to the homeless /transient judicially forceplaced Viki ashwort,kenneth J.Melikian,Warren C,Strancener labled a "NAZI" by my ethical abusive experiences at ElDorado County endured placements at solitaire custody at convenient distant South Lake tahoe Prison Facility for #6 months at Solitaire custody.

This judge Warren C.Strancener evicted my good artisan being froom a place that I never paid rent at but actually given to me by Dentist Rodger Musso that owned the property and a "lavish log home at the tops of Greenwood,with an air strip landings and airplane hanger where I did multiple contructions jobs include a large mahogany computer desk for his beloved wife Loie..Also fabricated a massive tree house for his grandson Griffin,also a zip lines from a pot at a dock on a man made large lake and endured that massive stroke on 08/10/'2014 causing his "WIFE" to discard my stays at the promissed to purchase building at 4131 Zdolsek Place Greenwood CA. 95635,and had to move off the property in handicapped medical stroke conditions in #30 days

## V.    Relief

State briefly what you want the court to do for you.    Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

$ 500.000.00  for the unreasonable cruelty to a pre-existing stroke survivor.

_____

_____

_____

_____

_____

_____

_____

_____

6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 16, 2022

Signature of Plaintiff _____

Printed Name of Plaintiff    Jean Marc Van den Heuvel

7

JEAN MARC VAN DEN HEUVEL : ABUSED JUDICIAL HANDICAP PERSON SOCIAL EXPOSURES TO IGNORANCES AT THE "HOMELESS / TRANSIENT "MULTIPLE OCCASIONS.

3045 SACRAMENTO STREET PLACERVILLE , HANG TOWN U.S.A. THE CONTENTIOUS LAW STRUCTURED IMPARTIAL JUDICIAL SYSTEMS ,EMBRACING THE CONCEPTS OF THE PEOPLE OF CALIFORNIA,ABSENT THE CONSTITUTIONAL FOLLOWS THROUGH.CALIFORNIA 95667  PHONE:  916-595-8971   FAX :  NONE ,LEFT ON THE EXPOSURES OF IGNORANT HUMAN ABUSES IN MEDICAL STROKE CONTY.

I personally plead for your responsible police agency to be responsive to the complaimts I make,or file at urngent moments of my "stroke survivors life" The intent public abuses come from the "misplaced" occupancies in public awareness , absent the true understandings of the professional doctors or the phyciatric specialists at Marshalls hospital that are abundant in presence and cares.

The I.H.S. departments of this county were attentive to my stroke conditions as a service placed at the conclusions of my hospital stay in 2014 when I checked out of the Sutter Hosital facility I arrived on august 10,2014.Great cares and awarenes was placed into my "senior citizen life" prior the the massive out of control judicials that were implimented on my handicap being,these persons I have been unfortunately forceplaced to live at the compromized conditions of lower life living skills are what they are,and certainly came to my abused conditions at massive injuries.The captain I believe is judge Vicky Ashworths husband,or someone of a police chieff capacity has the oppertunity to be her loving husband,and vise-versa.

The problems I have in todays exposures is my blood thinners,witch means when I strike something with my hands,the internal parts,joints,knuckles bruise or internally bleed,so I never hit anything with as much powers as I did while living on the streets of Los Angeles .where I became a natural "warrior"

Please address these civil complaints I have placed on multiple persons living life at reklessness at Placerville.

This veteran ( he claims) that harrasses my being does not know the levels of P.T.S.D. I have endured,in all the trial times and conveinient justified claims of intent processed criminal creative chasetating manners the court takes liberty to impliment in my life.

If you should have any questions concerng my stroke health,maybe you should confirm with a Dr,Denise Keleher at the ElDorado County wellness,and review this copied complaint concerning the "shameful veteran" that abuses people here at statesides .he needs to stop playing video games with peoples lives,as he dirrectly causes injuries to those people,making victims out of his rekless actions on a human being.

Thank you kindly Gabrielle,and others that care about my being as I continue to endure the wrongful placements by Jamie Pesce,Vicky ashwort,Warren C.Strancener,Kenneth J.Melikian for the undisclosed abusive expensive shinanigans.

1



**Med Tel: (530) 621-7700**
**Fax: (530) 621-7713**
**Dental Tel: (530) 497-5016**
**Fax: (530) 622-8908**

December 8, 2022

RE:   Jean "John" Marc Van Den Heuvel

To Whom It May Concern:

I have been the treating psychiatrist for Mr. Van Den Heuvel for the last three years.  He has permitted me to write this letter which discloses some of his healthcare information.

Mr. Van Den Heuvel has a mental health condition stemming from a brain injury that affects his mood, energy, sleep, and cognitive functioning.  While it has not affected his intellect or his compassion for others, Mr. Van Den Heuvel may come across as unfiltered or "too honest" in his approach as this may be off-putting to some individuals.  Unfortunately, this has led to him being banned from the library for talking candidly to other patrons who may be violating rules or who are under the influence outside the facility and/or to staff who seem to allow others leeway but not him.  Mr. Van Den Heuvel has little tolerance for others who abuse substances or who are abusive in general; this has led to other negative verbal encounters which results in Mr. Van Den Heuvel also being excused from the grounds of a facility where he was trying to peacefully engage in his research, reading, and writing.  Mr. Van Den Heuvel spends a lot of time writing, researching, and preparing papers for court but he does not have a safe, free or public place to do these activities now as a homeless aging male.  For this very reason, I write this letter to recommend an apartment for Mr. Van Den Heuvel where he may finally have a place to live to care for his health issues and do his court related document preparations in a safe place.  If possible, a 2-bedroom apartment would work nicely for him so he would have the space to do his writing activities which are therapeutic for him.

If you have any questions about this communication, you may reach me on Wednesdays – Fridays between 8am – 5:30pm, non-holidays at 530-621-7700.  Thank you.


Respectfully,

Denise Kellaher, D.O.
Consulting Psychiatrist

2

Case 2:22-cv-02280-DJC-DB Document 1-57 Filed 12/21/22 Page 11 of 28

# Vandenheuvel, Jean Marc R

MRN: 56997829

| | | |
|---|---|---|
| Hantman, Joshua D, MD | Discharge Summary | Encounter Date: 8/13/2014 |
| Physician | Signed | |
| Internal Medicine | | |

Location: Sutter Auburn Faith Hospital
PATIENT: VANDENHEUVEL, JEAN MARC R
MRN: 330785
Account: 00026899385
DOB: 04/18/1957
Visit Start Date: 08/10/2014
Service Date: 08/13/2014
Author: Joshua D Hantman, MD

Discharge Summary

DISCHARGE DIAGNOSES:
1. Acute ischemic stroke with aphasia and left-sided weakness.
2. Hypertension.
3. Hyperlipidemia.
4. Recent right shoulder rotator cuff repair by Dr. Troy Dickson in Placerville.
5. Do not resuscitate with limited additional interventions. POLST form completed with the patient.

HISTORY OF PRESENT ILLNESS: Please see the admission history and physical dictation for details. Briefly, this is a 57-year-old male who was brought to the Emergency Department by paramedics when he was found down outside his house.

HOSPITAL COURSE: The patient had a CT scan of the brain which showed no evidence of acute stroke. Clinically, he had aphasia with left-sided ataxia and weakness. He underwent an MRI of the brain which showed acute right-sided infarct in the anterior cerebral artery/middle cerebral artery territory. There was no hemorrhage. He underwent a carotid ultrasound showing no hemodynamically significant stenosis. Fasting lipid panel showed total cholesterol 167, HDL 46, LDL 107. He was started on Lipitor 40 mg p.o. at bedtime.

He was evaluated by Speech Therapy and Physical Therapy. He was treated with permissive hypertension initially and then he was started on amlodipine 5 mg p.o. b.i.d. (his home dose is 10 mg daily) and he was started on clonidine 0.1 mg p.o. b.i.d. (same as his home dose). After that was instituted, his blood pressure was 159/94. His blood pressure medicines are being slowly titrated up. He has been started on aspirin 81 mg p.o. daily.

I discussed the case with the partner of the orthopedic surgeon who did have rotator cuff repair, Dr. Dickson. They recommended to keep his right shoulder immobilized in a sling for another 4 more weeks.

DISCHARGE PLANS: He is being transferred to skilled nursing facility for

Case 2:22-cv-02280-DJC-DB   Document 1   Filed 12/21/22   Page 12 of 28

ongoing physical therapy.  He also needs occupational therapy and speech therapy.

DIET:  Aspiration precautions, dysphagia 3.

MEDICATIONS:
Clonidine 0.1 mg p.o. t.i.d.
Lisinopril 20 mg p.o. daily to start on 08/15/2014.
Hydrochlorothiazide 12.5 mg p.o. daily to start on 08/20/2014.
Aspirin 81 mg p.o. daily.
Lipitor 40 mg p.o. at bedtime.
Paxil 20 mg p.o. daily.
Flomax 0.4 mg p.o. at bedtime.
Norvasc 5 mg p.o. b.i.d.
Tylenol p.r.n.

CODE STATUS:  DNR.

FOLLOWUP:  He will be followed by the house physician at the skilled nursing facility and subsequently he will follow up with his primary care physician and with his orthopedic surgeon.  I also recommended followup with his orthopedic surgeon in 2 weeks.

CONSULTATIONS DURING THIS HOSPITAL STAY:  Phone consultation with a partner of the patient's orthopedic surgeon in Placerville and Palliative Care referral.  Discussion with the patient revealed that he does not want to be full code.  He wants DNR status, but he still wants limited interventions.  Please see paper POLST form.  His aphasia has significantly improved to the point where he is communicating affectively and appears to be able to make his own decisions.

Signed by Joshua D. Hantman, MD on 08/13/2014 15:03 PM

DD: 08/13/2014 13:33:12; DT: 08/13/2014 13:53:25; NTS; D# 5252451ES; C# 420664

cc:  Troy Dickson
Last signed by: Hantman, Joshua D, MD at 08/13/14 1503

Hospital Discharge
Summary on
8/13/2014

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF EL DORADO

MINUTE ORDER

CASE NO: PC20170566            JEAN MARC VAN DEN HEUVEL V. DANNY SCAMARA
DATE: 05/22/18                        TIME:  1:08              DEPT:

EX PARTE MINUTE ORDER

---

Honorable JUDGE WARREN C STRACENER presiding. Clerk: Sherry Howe.
Court Reporter: None.

A default having been filed in this matter on May 10, 2018, this case
is set for a default prove up hearing on June 27, 2018 at 8:30 a.m. in
Dept. 9.

HEARING DEFAULT PROVE UP HEARING set for 06/27/18 at  8:30 in
department 9.

The minute order was placed for collection/mailing in Cameron Park,
California, either through United States Post Office,
Inter-Departmental Mail, or Courthouse Attorney Box to those parties
listed herein.

Executed on 05/22/18, in Cameron Park, California by S. Howe.

cc: Jean Marc Van den Heuvel, General Delivery - Homeless, Coloma, CA
95613

Patient: Jean Marc Vandenheuvel   DOB: 04/18/1957   Chart No.: PT00008895

**NEUROLOGY & ELECTRODIAGNOSIS**

RAJIV S. PATHAK, M.D.

*Diplomat American Board of Psychiatry & Neurology (Adult Neurology)*

| | | |
|---|---|---|
| 941 Spring Street, Suite 2 | | 1600 Creekside Drive, Suite 2800 |
| Placerville, CA 95667 | | Folsom, CA 95630 |
| (530) 642-2200 | Fax 530 642 2233 | (916) 983-8484 |

## NEUROLOGICAL CONSULTTATION NOTE

Date: Sep 18, 2014

RE: Jean Marc Vandenheuvel
DOB: 04/18/1957

Dear Dr. RULISON

I had the pleasure of seeing your patient Jean Marc Vandenheuvel. I saw this 57 year 5 month old, left hand dominant white male patient in neurological consultation today.
CC Troy Dickson, M.D.
Dr. Troy Dickson is referring him here because of stroke.

He lives in Greenwood. He lives by himself. He has never married. He does not have any family. He does not have any children. He has long history of poorly controlled hypertension, dyslipidemia and memory problems. He is a Carpenter by trade. He was born in Congo.

He was doing reasonably well. On 08/04/2014, in the early morning hours at around 3 o'clock in the morning, he noticed that he was very weak in his left arm and left leg. He was not able to walk. It took him long time to get out of his apartment. He looked for someone to help him. Finally around 10 o'clock in the morning, his neighbor saw him over the fence. 911 was called. He was taken to hospital. He was hospitalized at Auburn Faith hospital for two weeks. He had significant weakness and left side. He was diagnosed as having stroke. He was in the hospital for two weeks. Afterwards, he was at a board and care home for two weeks. He came home on 09/04/2014. With time, he is slowly improving. His strength is improving. Now he is able to walk. He did not drive for some time. Today he came to my office driving himself. He can feed himself. He can use some household appliances. His balance is poor. His left leg is still weak. He is falling occasionally. His speech was affected. He still has difficulty speaking. Strength in left arm has significantly improved.

In the hospital, complete workup was done including CT brain, echocardiogram carotid duplex. He has been discharged on Plavix and other medicines to treat blood pressure and dyslipidemia.

He was seen at Dr. Rulison's office yesterday. He has been given prescription for physical therapy, occupational therapy and speech therapy which he will start. He is trying to exercise on his own.

He is trying to apply to get SSI. His appetite is good. He is not losing weight. He does not have dizziness, nausea vomiting. No history of chest pain. No history of headache. His vision is good. He does not have incontinence. No history of stroke before.

Patient: Jean Marc Vandenheuvel   DOB: 04/18/1957   Chart No.: PT00008895

Past Medical History: Hypertension. Dyslipidemia. Recent stroke. Some memory problems. No history of diabetes, seizure, migraine, head, back or neck injury.

Past Surgical History: Broken left leg in October 1975 from car accident requiring surgery.

Current Medicines:
1 Amlodipine Besylate 10 Mg Tab (Other MD) SIG: Take 1 daily
2 Atorvastatin 40 Mg Tablet (Other MD) SIG: Take 1 daily
3 Clonazepam 1 Mg Tablet (Other MD) SIG: Take 1 twice daily
4 Clopidogrel 75 Mg Tablet (Other MD) SIG: Take 1 daily
5 Doxazosin Mesylate 1 Mg Tab (Other MD) SIG: Take 1 daily
6 Lisinopril-hydrochlorothiazide 20-12.5 Mg Tab (Other MD) SIG: Take 1 daily
7 Paroxetine Hcl 20 Mg Tablet (Other MD) SIG: Take 1 daily
8 Tamsulosin Hcl 0.4 Mg Capsule (Other MD) SIG: Take 1 daily

Allergies: No Known Drug Allergies

Family History: Father was a murder victim in 1964. Heart problems in mother.

Social History: He does not smoke.
He is single. He has never married. He does not have any children. He does not drink. He was born in Congo. His Carpenter by trade.

Review of Systems: A review of all the systems reveals no obvious abnormality.

Vital Signs:
BP:                     109/89(Left Arm)(Sitting)
Pulse:                  78(Regular)

Examination:
Pleasant adult man of stated age. He is in no acute physical distress.

Normocephalic, atraumatic head. Anicteric sclerae. Neck is supple. No meningeal signs. No carotid bruit. Heart regular rate and rhythm. No murmur. Lungs clear to auscultation. Extremities: no cyanosis clubbing or edema.

Neurological examination.
He is awake, alert and oriented. Speech is peculiar. He is stuttering. He does have mild expressive aphasia. His comprehension is intact. He does not have dysarthria. No evidence of major depression, delusions or hallucinations.

CRANIAL NERVE EXAMINATION. PERRLA. Fundi show no papilledema or hemorrhage. Extraocular movements intact. No nystagmus. Facial sensations intact. Face bilaterally symmetrical. Facial movements intact. Hearing intact. Tongue movements intact. Sternomastoid and trapezii equally strong bilaterally.

MOTOR SYSTEM EXAMINATION. Muscle tone is normal for all muscle groups in all four extremities. There is no cogwheeling, rigidity or spasticity. Strength is 5/5 for all muscle groups

Patient: Jean Marc   andenheuvel   DOB: 04/18/1957   ...art No.: PT00008895

in right arm and right leg. Strength in left arm is 5-/5. There is mild pronator drift on left side. Strength in left leg is 4+/5. There is no atrophy or hypertrophy. No abnormal movements like tremors, fasciculations were noted.

SENSORY SYSTEM EXAMINATION. Pinprick, soft touch, position and vibration sense intact over both arms, both legs and face.

REFLEXES. Biceps, triceps, brachioradialis, knee and ankle reflexes were 1+ bilaterally symmetrical. Plantar responses are flexor bilaterally. No abnormal reflexes elicited.

COORDINATION. Finger-nose-finger testing and rapid alternating movements were performed normally on right and slowly on left.

STATION AND GAIT. He arises easily from the examination table. He is having hard time walking. He drags his left leg. Left leg appears somewhat spastic.

Assessment.
434.01    Cerebral Thrombosis with Cerebral Infarction

He is 57 years old. In early August 2014, he had a stroke. He became weak in his left arm and left leg. He was hospitalized. He was in the hospital for two weeks. Afterwards, he was at a board and care home for two weeks. Now for two weeks, he is living on his own.

Overall this a picture of right CVA with left hemiparesis. His risk factors include hypertension and dyslipidemia. Stroke affected left side. In the beginning, it was significantly. With time and physical therapy, he is improving. He is still weak but he is able to ambulate. He is able to do many of his household activities including taking care of his food, showering, dressing etc. He came to my office driving. His stroke affected left side of the body. He has normal strength and coordination on right side. Because of that, I think he can drive. He does have expressive aphasia.

I had a long discussion with him about stroke. Stroke is a cerebrovascular accident. It behaves like an accident. Maximum deficit is at the time of event. Afterwards, many patients do get better. What makes him better is time and therapy. I think he should get better. He definitely needs physical therapy, occupational therapy and speech therapy. He already has prescription for that. I encouraged him to start therapy and exercise on his own.

Apart from that, treatment at this point is identifying these factors and modifying that. He needs ongoing management of hypertension and dyslipidemia. For secondary stroke prevention, he needs Plavix.

Recommendations:
Discussion as mentioned above.
Continue all current medicines.
Continue management of hypertension and dyslipidemia.
Start therapy.
He may drive.
He may apply for SSI.

andenneuvel  DOB: 04/18/195'    art No.: PT00008&95

Follow Up: 2 Month(s) RECK

I like to thank you for the opportunity to be involved in his care. If I can be of any further
assistance, please do not hesitate to contact our office.
The entire report including history, examination, past medical, surgical , family and social
history, taking of Vital signs, Medicine and allergy lists were taken by and  prepared by Rajiv S.
Pathak, M.D. He  was in my office from 10:16 AM  to 10:48 AM.

Sincerely,

RAJIV PATHAK, MD

**U.S. Department of Justice**

Office of Justice Programs

· *Office for Victims of Crime*

---

*Washington D.C. 20531*
AUG  - 3 2017

Mr. Johnny Vandenheuvel #132049
El Dorado County Jail
1051 Al Tahoe Boulevard
South Lake Tahoe, CA  96150

Dear Mr. Vandenheuvel:

Thank you for your letter, received on July 6, 2017, to the Office for Victims of Crime (OVC) in which you describe being the victim of a hate crime and false police report. OVC, a component of the Office of Justice Programs at the U.S. Department of Justice, supports the provision of services to crime victims and their families across the Nation.

Please accept my sympathy for the trauma that you describe in your letter. Although OVC does not have the authority to investigate or provide legal assistance regarding this matter, we can provide information and referrals. Please refer to the information and referrals below for assistance.

If you have not done so already, you may report hate crimes to your local FBI office. Contact information for your local FBI Office is:

FBI Sacramento Field Office
2001 Freedom Way
Roseville, CA  95678
Phone: 916–746–7000

If you feel you need expert advice on any of the matters you have described in your letter or if you wish to pursue a civil lawsuit to try to hold the perpetrators of this crime responsible for financial losses resulting from the crime, you may want to consult a private attorney. A civil suit is different from a criminal case that the state prosecutes to determine guilt. If you are unable to afford a private attorney's services, the following organizations may be able to assist you in finding legal representation:

American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY  10004

Legal Services Corporation

El Dorado County Sheriff's Office
DETENTION DIVISION
INMATE GRIEVANCE FORM

If, while in custody of the El Dorado Sheriff, you have a complaint relating to any conditions of confinement, you have the right to file a grievance regarding such conditions.

Only one complaint per grievance will be accepted. Grievances with more than one complaint will be returned without action being taken. All unresolved grievances will be appealed on a separate grievance form. You must state the grievance number and a reason why the first response was not acceptable.

| Inmate Name | Master ID # | Date and Time of Occurence | Housing Unit |
|---|---|---|---|
| JOHN MARC VANDENHEUVEL | 192.049 | 9-15-2017 ~ 9-17-2017 | F#5 |

**BRIEF DESCRIPTION OF COMPLAINT**
Write legibly; keep all complaints to one page

I AM HERE IN CUSTODY SUFFERING VERY WELL FROM A TERRIBLE GONE MISTAKENLY WRONGFUL ARREST BY THREE OF YOUR COUNTIES DEPUTIES. "IT IS WHAT IT IS" AS YOUR LOVING KIND CORRECTIONAL OFFICERS PERFORMANCES WITH HUMANKIND RESPONSE TO MY MEDICAL NEEDS ON SEPTEMBER 14, 15, 16, 17, 2017 IS SHAMEFUL WITH IGNORANCE AND INADEQUATE LOVE OF HEART FOR A HUMAN BEING THAT IS IN CUSTODY FOR MISTAKE MADE PREVIOUSLY THAT ONCE COULD HAVE VOIDED THE ENTIRE INCARSERATIONS SINCE MAY 18 2017. IT IS AMAZING TO PERSONALLY EXPERIENCE SUCH LITTLE REGUARDS OF HUMAN KINDNESS AMONG PEOPLE WHO KNOW BETTER. ARE GIVEN THE GREAT RESPONSIABILITY TO YES, CARE FOR SUBSTANDARD HUMAN BEINGS REFERED TO AS "INMATES" KINDLY UNDERSTAND WITH CLARITY. I HAPPEN TO HAVE AN INJURY TO MY LOWER BACK? I SAW KIND NURSE STEPHENIE ON THURSDAY OR FRIDAY. I WAS ADMINIST-ERED #1 PILL FOR RELIEVES OF A 96 HOUR (AT LEAST) MEDICAL VERY PAINFUL LOWER BACK INJURY? I AM LOCKED IN A ROOM AT THIS FACILITY FOR 23½ HR PER DAY WRONGFUL ARREST'S REASON. KINDLY COOPER-ATE BY GIVING ME SOME RELIEF TO MY EVER SO ACHE

Receiving Officer: GALIBM                                   ID#: JL61

Date: 9/17/17          Time: 0520          Grievance #: 2778

CHECK APPROPRIATE DISPOSITION
☐ Reply Attached ☐ Forward to Next Level (☐ SGT ☐ ADMIN)

Reason forwarded to next level: _____

SCANNED

PLEASE PROVIDE ...

| Responding Officer | Officer ID# | Date Responded | Grievance Number |
|---|---|---|---|
| Flood, S. | | 09/21/2017 | 2778 |
| Inmate Name: | Master ID#. | Date of Grievance | Housing Unit |
| Vandenheuvel, John | 132049 | 09/17/2017 | F |

Mr. Vandenheuvel

You were seen at RN sick call on 9/20/2017 regarding your complaint of back pain. You said that you wrote the grievance for custody and not medical. We did discuss your chronic back pain and the plan to increase your medication after a chart review is completed with the provider. After your visit today, I believe this grievance was resolved.

Your safety and medical welfare are a priority of the South Lake Tahoe Jail medical staff. If there are any further issues or pertinent medical needs in the future, please feel free to discuss this with me or any of the medical staff.

Sincerely,

Stephanie Flood BSN, RN

Stephanie Flood, BSN, RN

| Logging Sgt. | Sgt. ID # | Date and time logged |
|---|---|---|
| OIC Sapien J1550 | J1550 | 9/21/17 @ 1523 hrs |

SCANNED

EL DORADO COUNTY SUPERIOR COURT
2850 Fairlane Ct, Suite 120
Placerville, CA 95667

08-12-2021

JOHN MARL VANDERIHEUVEL *FUCK YOU SELFISH ASSHOLES?*
TRANSIENT *JUDICIAL DEGRATIONS TO LOWER LIFE SKILL!*
PLACERVILLE, CA 95667  *KASSIE CARDULLO " PLUMP PROSECUTOR.*

RE: CASE NUMBER: INF-2021-006126         CHARGE(S): VC4000(a)(1)

Your case is in FAILURE TO PAY status with a total past due amount of $25.00. You
must remit the TOTAL past due amount or BRING YOUR PAYMENT CURRENT within 20
days.  Failure to respond within 20 days from the date of this notice or show good
cause why you did not respond to this notice will result in additional charges, penalties,
assessments, fees and actions, including but not limited to, a civil assessment of $300
(PC 1214.1), a hold or suspension placed on your driver's license by the DMV (VC
40509.5).  Your probation may be revoked and a warrant for your arrest may be issued.
                *X COMBINED STATEMENT PLACED RELATIVI*
You have a right to petition the court to ask for a lower fine, a payment plan, more time
to pay, and/or community service.  To petition the court file TR-320/CR-320 form with
any supporting documentation.  This form can be found online at:
http://www.courts.ca.gov/forms.htm or is available at the court.  This form can be
found online at:  http://www.courts.ca.gov/forms/ or is available at the court. Include a
self addressed stamped envelope with your petition and TR-320/CR-320 form.

Payments may be made by mail or credit card.  Send payment by mail to the address
listed above with a copy of this notice.  Make checks payable to Superior Court of El
Dorado County.  Payment by credit card may be made at the following web site
www.eldoradocourt.org

Sincerely,             *① PICRM1103*
Court Clerk

                        *② PITCRF0192*
*SHAMEFUL " PROBATIONS" CAPTIVATIONS BY*
*THE IGNORANT, SELFISH, JUSTIFYING JUDICIAL*
*MASSACRES TO A FUCKING HANDICAP $30,000 · 00*
*PER MONTH LOSS INCOME! 11/12/2007*
                *DR. SHARON HOEFLU*

*ARRIVING TO THIS COUNTRY AS A FUCKING ORPH.*
*FROM BELGIAN CONGO 1965 ????*

Local Form T-2
Mandatory Use Form
Rev. 04/13/18



**FILED**

APR 09 2021

EL DORADO SUPERIOR COURT
BY _____ (DEPUTY)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF EL DORADO

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | CASE NOS. P17CRF0192<br>PMH20200007 |
| Plaintiff, | ORDER DENYING REQUEST FOR COURT RECORDS |
| vs. | |
| JEAN MARC VAN den HUEVEL, | |
| Defendant. | |

In an ex parte motion dated March 18, 2021, Jean Marc Van den Huevel, a designated vexatious litigant, seeks a court order directing the clerk to provide him with copies of his court records and documents from a 2017 criminal matter and a 2020 "Request for Relief from Firearms Prohibition." There are no legal proceedings currently pending before the Court. Mr. Van den Huevel is not entitled to a copy of the court record "merely to comb the record in hope of discovering some flaw to raise on collateral review" or to "satisfy some whimsical fancy."(*Miller v. Hamm* (1970) 9 Cal.App.3d 860, 871.) Indeed, in the absence of any proceeding, the

trial court has no jurisdiction to entertain Mr. Van den Huevel's motion. (*People v. Ainsworth* (1990) 217 Cal.App.3d 247, 251; *People v. Sparks* (1952) 112 Cal.App.2d 120, 121.) Accordingly, the motion is denied.

Dated: April 9, 2021

_____

HONORABLE MARK A. RALPHS

Superior Court Judge

**MARK A. RALPHS**

Quick search by citation:

**Title**

LII  > U.S. Code  > Title 42  > CHAPTER 21  > SUBCHAPTER I  > **§ 1983**
enter title

**Section**

section

Go!

# 42 U.S. Code § 1983 - Civil action for deprivation of rights

U.S. Code    Notes

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

(R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)

## 💼 U.S. Code Toolbox

Law about... Articles from Wex
Table of Popular Names
Parallel Table of Authorities
How current is this?

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

Eastern District of California  ▼

| **INVOICE** | NUMBER<br>P17CRF0192 / PCRM1103 |
|---|---|

| TO: ELDORADO COUNTY JUDICIAL MASSACRES BY INTENTS OF CIVIL RIGHTS VIOLATIONS : PRE - ESTING STROKE SURVIVOR,#6 MONTHS,SOLITAIRE "PRISON CUSTODY" ELDORADO COUNTY PRISON FACILITY : S.L.T. | MAKE CHECK PAYABLE TO:<br>Jean Marc Van den Heuvel:inmate # 132049 Extended Sentence at Eldorado County Prison Facility at "South Lake Tahoe" CA. |
|---|---|
| PHONE:  (530) 621-6472 <br> FAX:  (530) 544-6415 | PHONE:  (916) 595-8971 |

## TRANSCRIPTS

| ✔ CRIMINAL        ☐ CIVIL | DATE ORDERED<br>01/01/2014 | DATE DELIVERED<br>08/30/2022 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
The false process of intent malicious,justified procecutions that lead to the 2nd Amendment rights violations: AdamClark

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 431 | ,000.00 | 3,000.00 | | | 0.00 | | | 0.00 | ,293,000.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):  anuary 2017 through September 30,202 | **TOTAL** | .293.000.00 |
|---|---|---|

| The entire files and cases documents for the prompt process of due balances in the "injurous intent bad movie plott Kassie Cardullo" intent deceptions of a criminal court jury to implicate deep,perminent injuries to an artisan arrived to this country : 1965 as an orphan by the murders of father "Jean Paul V.D.H. | LESS DISCOUNT FOR LATE DELIVERY | |
|---|---|---|
| | ADD AMOUNT OF DEPOSIT | |
| | **AMOUNT DUE (OR REFUND)** | .293.000.00 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>None Cooperative at Eldorado County Judicials. | DATE<br>09/30/2022 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

**SUPERIOR COURT OF CALIFORNIA •**
**COUNTY OF EL DORADO**

3321 Cameron Park Drive
Cameron Park, CA 95682

*FOR COURT USE ONLY*

EL DORADO CO. SUPERIOR CT.

FILED JUL 13 2022

BY _____
Deputy

**TITLE OF CASE:** PEOPLE V. JOHN MARK VANDENHEUVEL

**CLERK'S CERTIFICATE OF MAILING**

**CASE NUMBER**
P17CRF0192

I declare under penalty of perjury that I am over the age of 18 and not a party to the above action; that a copy of the following document(s) was placed for mailing through either the United State Post Office or Inter-Departmental mail on the parties at the address shown herein.

1) 7/6/22 MINUTE ORDER - CASE REASSIGNMENT

JOHN MARK VANDENHEUVEL
GENERAL DELIVERY
PLACERVILLE, CA 95667

EDC District Attorney
Via will-call

Executed on 07/13/2022 at Cameron Park, CA.

EL DORADO COUNTY SUPERIOR COURT,

By    SONAL DILLON
      Deputy Clerk

Internal Use
Local Form M-66
Effective 07/29/2021

Clerk's Certificate of Mailing
(Miscellaneous)

Page 1 of 1

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jean Marc Van den Heuvel : Pro-Se-stroke Survivor,reklessly placed in judicial,force placed,"Homeless / Transient Postal Delivery,Placerville Postal office,3045 Sacramento Street Placerville " Hang Town U.S.A." California 95667 ;  08/10/2014 :date of medical stroke,Jean Marc 'never requested" but endured with Navy SEAL ethos and honors . | |

TELEPHONE NO.: 916-595-8971          FAX NO. (Optional): None:Fucking homeless
E-MAIL ADDRESS (Optional): jeanmarc57@juno.com
ATTORNEY FOR (Name): Jesus Christ,biblical loving Wellness,forgiveness,for our "profanities"

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF UNITED STATES EASTERN DISTRICT CA.**
STREET ADDRESS: 501 " I" Street Rm-4200
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento California 95814
BRANCH NAME: Robert Matsui Federal Building of Constitutional justice. "TRUTHS"

PETITIONER/PLAINTIFF: Jean Marc Van den Heuvel
RESPONDENT/DEFENDANT: Eldorado county district attorney : Kimberly Beatty

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: 2:22-cv-0231- TLN-DMC |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   7500 Green Valley Road Placerville California  95667

3. On *(date):* June 3,2022          I mailed from *(city and state):* Placerville Postal office California,95667
   the following **documents** *(specify):*

   Invoice case    for the unethical prison sentence endured at misdemeanor charges,at distant South Lake Tahoe "Prison Facility' at solitaire custody for an enduring #6 months,in pre-existing stroke supervised conditions at "unadjusted misdemeanor charges"

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*

   a. ☒ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

   b. ☒ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:

   a. **Name** of person served: Viki Ashworth,Kimberly Beatty  Mark A.Ralphs,Kenneth J.Melikian,Gary Hahn,Y.Flores,Gary Malmquis

   b. **Address** of person served:
   778 Pacific Street "Hen house of the District attorney "Vern Pierce" ignoring past well suffered intent,inflicted injuries of placements in lifes conditions at most vile,ignorant,intent,injuries by contempts of courts by the securities in the "imunes status for "trusted public service"   this raised claims :  $2,000,000,000.00   Two billion american dollars. Absent grace oppertunities.

   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 3,2022

Michael Khronengher
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

▶ _____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
www.courts.ca.gov



RECEIVED
JUN 0 8

BY: ...............